# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CRANE, | CASE NO. 1:10-cv-02373-GBC PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO DIRECT PRISON TO SUBMIT FINANCIAL STATEMENT |
| v. | |
| JAMES A. YATES, et al., | (Doc. 3) |
| Defendants. | |

_____/

Plaintiff James Crane ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action and a motion requesting an order directing the prison to send a six month financial statement to the Court for processing on December 21, 2010.  (Docs. 1, 3.)  Plaintiff states that the prison will not provide the financial statement without Plaintiff first obtaining a case number.

The Court granted in forma pauperis status and Plaintiff was sent case documents containing the case number on December 22, 2010.  Plaintiff is advised that it is ultimately his responsibility to follow institutional procedures or otherwise assure that the Court receives the required document.  Therefore, Plaintiff's motion shall be denied.  Plaintiff is directed to show a copy of this order to the prison trust office.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a court order directing prison officials to provide a copy of his prison trust account statement is DENIED.

IT IS SO ORDERED.

Dated:   December 30, 2010

UNITED STATES MAGISTRATE JUDGE