UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CRANE, | CASE NO. 1:10-cv-02373-OWW-GBC (PC) |
| Plaintiff, | ORDER DISMISSING CLAIMS FOUND TO BE NOT COGNIZABLE, AND DEFENDANTS ASSOCIATED WITH SUCH CLAIMS |
| v. | |
| JAMES A YATES, et al, | |
| Defendants. | |
| _____ / | |

**ORDER**

James Crane ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on December 21, 2010.  (ECF No. 1.)  Pursuant to 28 U.S.C. § 1915A, the Court screened Plaintiff's Complaint on June 24, 2011, and found that Plaintiff only stated cognizable claims against Defendant Aguirre for violations under the Eighth Amendment.  (ECF No. 11.)  The Court ordered Plaintiff to either cure the deficiencies highlighted in his Complaint through another amendment or notify the Court of his willingness to proceed on the cognizable claims.  (Id.)  On July 6, 2011, Plaintiff gave notice of his willingness to proceed on the cognizable Eighth Amendment claim against Defendant Aguirre.  (ECF No. 12.)

For the reasons stated above, it is HEREBY ORDERED that:

1.    Action to proceed on Plaintiff's Eighth Amendment excessive force claim against Defendant Aguirre;

2.    All claims, other than the Eighth Amendment Excessive Force Claim against

1

1       Defendant Aguirre, are DISMISSED; and

2     3.     Defendants James A Yates, M. E. Spearman, Wilson, and M. Martin are

3       DISMISSED.

4  IT IS SO ORDERED.

5  **Dated:**   **July 12, 2011**           **/s/ Oliver W. Wanger**
                                 UNITED STATES DISTRICT JUDGE