# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CRANE,<br><br>      Plaintiff,<br><br>    v.<br><br>JAMES A. YATES, et al.,<br><br>      Defendants.<br>_____/ | CASE NO. 1:10-cv-02373-LJO-GBC (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>Doc. 42 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 13, 2012, Plaintiff filed a motion to file a supplemental opposition to the motion for summary judgment concurrently with filing his supplemental opposition. Doc. 42. On October 1, 2012, Defendant filed a statement of non-opposition to Plaintiff's motion concurrently with filing a supplemental reply. Docs. 47, 51. The Court HEREBY GRANTS Plaintiff's motion to file a supplemental opposition to the motion for summary judgment. The Court will consider Plaintiff's supplemental opposition and Defendant's supplemental reply. Docs. 42, 47.

IT IS SO ORDERED.

Dated:   October 4, 2012

UNITED STATES MAGISTRATE JUDGE