# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CRANE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES A. YATES, et al.,<br><br>　　　　Defendants. | 1:10cv02373 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR STATUS CONFERENCE<br><br>(Document 62) |

　　　Plaintiff James Crane ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's Eighth Amendment excessive force claim against Defendant Aguirre. The telephonic trial confirmation hearing is May 29, 2013, and trial is currently set for June 18, 2013.

　　　On January 18, 2013, Plaintiff filed a motion requesting that a Rule 16 status conference be set to discuss various procedural and substantive issues related to discovery, pre-trial and trial. Any remaining issues, however, will be addressed during the telephonic trial confirmation hearing. Additionally, to the extent Plaintiff cites Federal Rule of Civil Procedure 16 and Local Rule 240, his is advised that Local Rule 240(c)(8) specifically exempts prisoner actions from the mandatory scheduling order requirement.

　　　Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

　　Dated:　**January 30, 2013**　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1