1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES CRANE,                                        1:10cv02373 LJO DLB (PC)

                Plaintiff,

   v.                                        ORDER GRANTING PLAINTIFF'S MOTION
                                                   FOR ATTENDANCE OF INCARCERATED
                                                   WITNESSES IN PART
AGUIRRE,
                                                   (Document 70)
                Defendant.

_____/

      Plaintiff James Crane is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's complaint, filed December 21, 2010, against Defendant Aguirre for a claim excessive force in violation of the Eighth Amendment.

      On April 15, 2013, Plaintiff filed a motion seeking the attendance of six incarcerated witnesses at trial.  At the telephonic trial confirmation hearing held on May 9, 2013, Plaintiff indicated that he intends to call only two incarcerated witnesses: (1) Inmate Richard Moore, CDCR No. T-91578; and (2) Inmate Castrejon, CDCR No. T-36380.

      Accordingly, Plaintiff's motion for the attendance of incarcerated witnesses is GRANTED as to Inmates Moore and Castrejon.  The motion is DENIED as to all other requests.

IT IS SO ORDERED.

**Dated:**   **May 9, 2013**               **/s/  Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE