FILED

JUN 1 8 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CRANE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAY AGUIRRE,<br><br>　　　　Defendant. | Case No. 1:10-cv-02373-SAB<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON JUNE 19, 2013 AT 8:00 A.M. IN COURTROOM 9 |

　　　　Plaintiff James Crane, CDCR # J-97625, shall be produced to appear before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, June 19, 2013, in Courtroom 9, from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated: 6/18/13　　　_____
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1