# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CRANE,<br><br>              Plaintiff,<br><br>     v.<br><br>RAY AGUIRRE,<br><br>              Defendant. | Case No.  1:10-cv-02373-SAB<br><br>ORDER THAT TOMMY CASTREJON IS NO LONGER NEEDED INTHESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 85) |

Witness Tommy Castrejon, CDC# T-36830, testified at trial on June 18, 2013. Tommy Castrejon is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **June 18, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

1