1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CRANE, | Case No.  1:10-cv-02373-SAB (PC) |
| Plaintiff, | ORDER THAT RICHARD MOORE IS NO LONGER NEEDED INTHESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| RAY AGUIRRE, | (ECF No. 87) |
| Defendant. | |

Witness Richard Moore, CDC # T-91578, testified at trial on June 18, 2013. Richard Moore is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.


IT IS SO ORDERED.


Dated:   **June 18, 2013**                    _____
                                             UNITED STATES MAGISTRATE JUDGE

1