# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CRANE,<br><br>        Plaintiff,<br><br>   v.<br><br>RAY AGUIRRE,<br><br>        Defendant. | Case No. 1:10-cv-02373-SAB (PC)<br><br>ORDER THAT JAMES CRANE IS NO LONGER NEEDED INTHESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 86) |

Plaintiff James Crane, CDC# J-97625, attended trial on June 19, 2013. James Crane is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **June 19, 2013**

                                       UNITED STATES MAGISTRATE JUDGE

1