

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JAMES CRANE,

        Plaintiff,

                            **JUDGMENT IN A CIVIL ACTION**

vs.

                            1:10-cv-02373-SAB (PC)

AGUIRRE,

        Defendant.
_____/

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT AGUIRRE and against plaintiff.

DATED:  6-19-2013.

                                        MARIANNE MATHERLY, Clerk

                                  By: _____
                                             Deputy Clerk